UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| APRIL JOSETTE SANTOYO,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　Defendant. | No. 2:23-cv-07842-DTB<br><br>[~~PROPOSED~~]<br><br>JUDGMENT |

　　　Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: 12/01/2023    _____
　　　　　　　　　　　HON. DAVID T. BRISTOW
　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE